```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                      :   DOC #:_____
MARCOS CALCANO,                                       :   DATE FILED: 1/2/2020
                                    Plaintiff,        :
                                                      :        19 Civ. 10060 (LGS)
                  -against-                           :
                                                      :              ORDER
ADIDAS AMERICA, INC,                                  :
                                    Defendant.        :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the initial pretrial conference in this matter is scheduled for January 7, 2020;

WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. Nos. 13-14). It is hereby

**ORDERED** that the January 7, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. It is further

**ORDERED** that, as noted in its pre-motion letter to the Court (Dkt. No. 9), Defendant intends to file a motion to dismiss. Defendant shall file a letter, not exceeding three single-

spaced pages, citing the controlling authorities that Defendant contends would warrant granting the motion, in accordance with the Court's Individual Rules, by **January 9, 2020**. Plaintiff shall respond by similar letter, in accordance with the Court's Individual Rules, by **January 16, 2020**.

Dated: January 2, 2020
      New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**