UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MARCOS CALCANO,

                           Plaintiff,

-against-

ADIDAS AMERICA, INC,

                           Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

19 Civ. 10060 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that in light of recently filed letters from both parties regarding a proposed motion to dismiss (Dkt. Nos. 20, 23) and settlement (Dkt. Nos. 13, 14), the parties shall file a joint letter by **January 29, 2020**, advising whether they are amenable to a referral for a settlement conference before the assigned Magistrate Judge or mediation in the Court's mediation program.

Dated: January 22, 2020
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE