```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARCOS CALCANO,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :         19-cv-10060 (LJL)
       -v-                                                             :
                                                                       :         ORDER
ADIDAS AMERICA, INC.,                                                  :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

LEWIS J. LIMAN, United States District Judge:

On February 18, 2020, the Court held an initial pretrial conference in which the parties agreed to a briefing schedule regarding a potential motion to dismiss. It is hereby ORDERED that Defendant's motion to dismiss will be due by March 3, 2020, Plaintiff's opposition papers by March 24, 2020, and Plaintiff's reply papers by April 7, 2020. Discovery will be stayed until the Court's decision on the motion to dismiss. The Court will schedule a status conference and set forth dates for discovery after resolution of the motion to dismiss.

SO ORDERED.

Dated: February 18, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge