Case 1:19-cv-10060-LJL   Document 44   Filed 06/26/20   Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                   :
MARCOS CALCANO, on behalf of himself and all other                 :
persons similarly situated,                                        :
                                                                   :
                              Plaintiff,                           :     19-cv-10060 (LJL)
                                                                   :
        -v-                                                        :     ORDER
                                                                   :
ADIDAS AMERICA, INC.,                                              :
                                                                   :
                              Defendant.                           :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2020

LEWIS J. LIMAN, United States District Judge:

The Court has before it several motions to dismiss in cases alleging violations of the Americans with Disabilities Act for the failure of businesses to accommodate legally blind individuals in the purveyance of gift cards. Similar motions to dismiss raising the same arguments as are raised in the motions before this Court are currently pending on appeal before the Second Circuit in the following cases: *Dominguez v. Banana Republic, LLC*, 20-1559 and *Murphy v. Kohl's Corp.*, 20-1608.

Accordingly, IT IS HEREBY ORDERED that the motions to dismiss (Dkt. Nos. 32, 36) in this case are DENIED WITHOUT PREJUDICE to renewal after a decision by the Second Circuit in either *Dominguez* or *Murphy*:

IT IS FURTHER ORDERED that all proceedings in this case are STAYED pending a decision in either *Dominguez* or *Murphy*.

SO ORDERED.

Dated: June 26, 2020
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge